UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA,

                    *Plaintiff*,      1:22-cv-08435 (ALC)

    -against-     **ORDER**

SIMA COE, et al.,

                   *Defendants*.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The parties are ORDERED to submit a joint status report by July 26, 2023.

**SO ORDERED.**

**Dated:    July 18, 2023**
             **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**