```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA                                     :
                                               :    ORDER
                    Plaintiff,                 :    22 Civ. 8435 (ALC) (GWG)
                                               :
     -v.-                                      :
                                               :
SIMA COE et al.,                               :
                                               :
                    Defendants.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     1. The above-referenced action has been referred to the undersigned for general pre-trial purposes. See 28 U.S.C. § 636(b)(1)(A). All pre-trial applications, including those relating to scheduling and discovery, shall be made to the undersigned (except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification). All applications must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

     2. The parties should write to the Court at any time that they wish to participate in Court-sponsored mediation.

     3. The Court is aware of the letter filed as docket # 92 raising discovery disputes and a response filed as docket # 93. At this point, it is unclear what issues are in dispute. The attorneys are directed to contact each other forthwith and to discuss any remaining disputes <u>by telephone</u>. If following this telephone call any disputes remain, they may be presented to the Court in a new letter filed on ECF and compliant with paragraph 2.A of the undersigned's Individual Practices.

     4. Additionally, it does not appear from the docket sheet that there was ever a scheduling order issued in this case or that the parties ever devised a discovery plan as required by Fed. R. Civ. P. 26(f). The parties are directed to confer immediately to see if they can agree on a discovery schedule. If so, they should file a jointly-composed letter on ECF proposing that schedule. If they cannot agree, they should file separate letters. Any such letter or letters shall be filed by December 22, 2023.

     SO ORDERED.

Dated: December 18, 2023
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge