UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA                                         :

           Plaintiff,                  :       ORDER

  -v.-                                                  :
                                                    22 Civ. 8435 (ALC) (GWG)
SIMA COE et al.,                                  :

           Defendants.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     In light of the pendency of Guardian Life Insurance Company of America's request for fees (see Docket # 76, par 6), and notwithstanding the discharge of Guardian reflected in Docket # 76, the Court finds it appropriate to determine whether Guardian has any objection to the "unopposed" motion to transfer of this case (which would include a transfer of its pending fee request) to the Southern District of Florida reflected in Docket # 97. Guardian shall file a letter stating its position on or before January 5, 2024.

     SO ORDERED.

Dated: December 27, 2023
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge