```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA                                            :

                Plaintiff,                            :       ORDER

        -v.-                                          :
                                                              22 Civ. 8435 (ALC) (GWG)
SIMA COE et al.,                                      :

                Defendants.                           :
-----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court amends its order docketed as # 103 as follows. First, if there is good reason to delay the filing of the attorney's fee motion until further proceedings in the case have concluded, the Court is prepared to hear from the parties on the issue, even if the parties cannot reach an agreement. In the event both sides agree that the motion should not await further proceedings, the attorney's fee motion shall comply with the Individual Practices of the undersigned and shall be filed by January 16, 2024. Thus, the remaining briefing schedule on the motion would be in accordance with paragraph 2.B of those Practices.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge