# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts and New York

December 21, 2023

MEMORANDUM ENDORSED

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Guardian Life Insurance Company of America v. Coe, 22-cv-8435-ALC-GWG**
    **Consent Letter Motion for Extension of Time**

Dear Judge Gorenstein:

This firm represents plaintiff, Guardian Life Insurance Company of America ("Guardian"). I write to request an extension of time from January 16, 2024 to January 26, 2024 to file Guardian's motion for attorneys' fees.

By order dated January 3, 2024, the Court directed Guardian to submit its motion for attorneys' fees by January 16, 2024 (Doc. 105). Due to several unrelated issues, that deadline is proving difficult to meet. Among other things, I was dealing with a death in my immediate family, and my associate has been sick with Covid. In addition, the parties have begun discussions regarding a possible settlement of the dispute over fees.

This is the first request for an extension of this deadline. Counsel for the remaining claimants consent to this extension. This extension would not change any other scheduled dates.

Respectfully,

*/s/ Patrick W. Begos*

cc: All Counsel of Record (*via* ECF)

Extension to January 16, 2024, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 11, 2024