UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA, :
 :
                         Plaintiff, :
 : No.: 1:22-cv-08435(ALC) (GWG)
       - against - :
 :
 :
SIMA COE, et al., :
 :
                      Defendants. :
 :
 :
------------------------------------------------------------------------X

# AGREED ORDER DIRECTING CLERK TO DISBURSE FEES TO GUARDIAN AND DISMISSING GUARDIAN FROM ACTION

**Pursuant to the Stipulation by and among** Plaintiff (a) Guardian Life Insurance Company of America ("Guardian"); (b) Defendants, Rinat Lustig Zelenko, individually, as Co-Trustee of the Family Living Trust dated December 4, 2019, as amended and restated, as Trustee of the Article VI Trusts f/b/o S.Z. and L.Z. established under the Zelenko Trust, and as natural guardian of her minor children, S.Z. and L.Z. (collectively, "Rinat"); and (c) Defendants, Levi Yitzchok Zelenko, Esther Tova Zelenko, E.D.Z., N.D.Z., S.N.Y.Z, M.M.Z., Larisa Zelenko, and Frank Zelenko (individually and as Trustee of the Zelenko Family Living Trust dated 12/4/19 and amended January 2021) (collectively "Zelenko Defendants"), the Court orders and adjudges as follows:

1. Guardian shall receive the agreed-upon amount of $29,000.00 in full satisfaction of its claim for attorneys' fees.

4

2. The Clerk, via the Department of the Treasury, is directed to disburse the sum of $29,000.00 to Guardian from the deposit held in CRIS, Receipt Number NYSCCA23-00352.

3. The disbursed sum of $29,000.00, shall be made via check, issued by the Department of the Treasury, made payable to the Guardian Life Insurance Company of America, 700 South Street, Pittsfield, MA 01201, Attn: Candice Farrell.

4. Upon the disbursal to Guardian of the funds set forth in the preceding paragraphs, Guardian shall be, and hereby is, dismissed from this action.

5. The Court retains jurisdiction to resolve Rinat's and the Zelenko Defendants' competing claims to the remainder of the funds on deposit in CRIS.

**SO ORDERED.**

Dated: ___January 23___, 2024

_____
United States Magistrate Judge
Gabriel W. Gorenstein

5