UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA                                              :

                                                        :        ORDER
                      Plaintiff,                    22 Civ. 8435 (ALC) (GWG)
                                                        :

   -v.-
                                                        :

SIMA COE et al.,                                        :

                                                        :
                    Defendants.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     As was previously noted (Docket # 95), it does not appear from the docket sheet that there was ever a scheduling order issued in this case or that the parties ever devised a discovery plan as required by Fed. R. Civ. P. 26(f). The parties are directed to confer immediately to see if they can agree on a discovery schedule. If so, they should file a jointly-composed letter on ECF proposing that schedule. If they cannot agree, they should file separate letters. Any such letter or letters shall be filed by February 9, 2024.

     If the parties intend to stipulate to transfer this case, any such stipulation (signed by all remaining parties or their attorneys and providing the statutory basis and reasons for transfer), shall be filed on or before February 9, 2024. Any such stipulation should bear a signature line for Judge Andrew L. Carter.

     If instead, Rinat intends to file a motion to transfer, any such motion shall be filed by February 9, 2024, and shall be made returnable before the undersigned.

     SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                                                          _____
                                                                         GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge