UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,                                                  :

                                            Plaintiff,     :        22 Civ. 8435 (ALC) (GWG)

    -against-                                                :

SIMA COE et al.,                                             :

                                        Defendants.    :
------------------------------------------------------------X

**ORDER FOR TRANSFER OF CASE AND FUNDS TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Clerk of the Court is directed to:

(1) transfer this case to the Southern District of Florida for the reasons stated in the Opinion and Order of March 19, 2024 (Docket # 122); and

(2) transfer to the Clerk of the Court for the Southern District of Florida for deposit in that court all money with accrued interest as deposited with this Court on July 12, 2023, and held in Court Registry Investment System (CRIS) Receipt Number NYSCAA23-00352.

Dated: March 19, 2024
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge