UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80444-CIV-SINGHAL

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

SIMA COE, et al.,

    Defendants/Cross-Claimants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Order (DE [165]) granting Rinat Lustig Zelenko's Motion for Summary Judgment. The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Rinat Lustig Zelenko and against Cross-Claimants Sima Coe, Levi Yitzchok Zelenko, Esther Tova Zelenko, E.D.Z, N.D.Z., S.N.Y.Z, M.M.Z, S.Z., L.Z., Larisa Zelenko, Frank Zelenko individually and as Trustee of the Zelenko Family Living Trust Dated 12/4/2019 and Amended January 2021.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of September 2024.

                                                                  _____
                                                                  RAAG SINGHAL
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF