UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80444-CIV-SINGHAL

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

SIMA COE, et al.,

    Defendants/Cross-Claimants.
_____/

## ORDER TO RELEASE FUNDS FROM THE REGISTRY OF THE COURT

**THIS CAUSE** is before the Court following entry of Final Judgment (DE [166]) in favor of Rinat Lustig Zelenko. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall release the funds deposited in the Registry of the Court (DE [134]), plus accrued interest, to Defendant Rinat Lustig Zelenko, c/o DGIM Law PLLC, 2875 NE 191st Street, Suite 705, Aventura, Florida, 33180.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF